# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CIVIL DIVISION

| | |
|---|---|
| LEO DICESARE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Doc. No.: 2:11-cv-00260-GLL-CB |
| | ) |
| BECHTEL BETTIS, INC and | ) |
| SECURITY POLICE FIRE | ) |
| PROFESSIONALS OF AMERICA | ) |
| (SPFPA), | ) |
| | ) |
| Defendant. | ) |

SO ORDERED, this 5th day of July, 2011.

_____
Hon. Gary L. Lancaster,
Chief U.S. District Judge

**Type of Pleading:**
STIPULATION TO
VOLUNTARILY DIMISS
WITH PREJUDICE

**Filed on behalf of:**
LEO DICESARE,
Plaintiff

**Counsel of Record:**
D. SCOTT LAUTNER, Esq.
Pa. I.D. No. 80134

68 Old Clairton Road
Pittsburgh, PA 15236

(412) 650-8820